■ JOSEPH MONTESANO, Individually and as President of Rochester Firefighters, Inc., Local 1071 IAFF, AFL-CIO, as Trustee of Rochester Firefighters Association Mutual Aid Fund and on Behalf of All Other Similarly Situated Individuals Providing Fire Protection to City of Rochester, et al., Respondents, v FLOYD A. MADISON, as Chief of Fire Department of City of Rochester and as Administrator of Firefighters' Insurance Fund of City of Rochester, et al., Appellants. (Appeal No. 3.) [916 NYS2d 870]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered April 26, 2010. The order awarded plaintiffs judgment in the amount of $3,635,321.80, including investment interest income of $428,446.83.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Montesano v Madison* (81 AD3d 1412 [2011]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.